**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ZURICH AMERICAN INSURANCE COMPANY and
ZURICH SERVICES CORPORATION,

                                                Plaintiffs,

-against-

SUPREME FOODSERVICE AG, SUPREME
FOODSERVICE GmbH, SUPREME GROUP
HOLDING SARL, and SUPREME FUELS FZE,

                                                Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-22-12

12 cv 9117

**ORDER FOR ADMISSION**
***PRO HAC VICE***

The motion of Rebecca A. Haciski, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the States of Massachusetts and the District of Columbia; and that her contact information is as follows:

| | |
|---|---|
| Applicant Signature: | *[signature]* |
| Firm Name: | WilmerHale, LLP |
| Address: | 1875 Pennsylvania Avenue, N.W. |
| City/State/Zip: | Washington, D.C. 20006 |
| Telephone/Fax: | (202) 663-6528/(202) 663-6363 |
| E-Mail | rebecca.haciski@wilmerhale.com |

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Zurich American Insurance Company and Zurich Services Corporation in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the Unites States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 12/21/12

_____
United States District/~~Magistrate Judge~~