UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
ZURICH AMERICAN INSURANCE COMPANY and
ZURICH SERVICES CORPORATION

                    Plaintiffs,

      -against-

SUPREME FOODSERVICE AG, SUPREME
FOODSERVICE GmbH, SUPREME GROUP
HOLDING SARL, and SUPREME FUELS FZE

                    Defendants.
-----------------------------------------------------------------------x

Civil Action No. 12 CV 9117

**STIPULATION
EXTENDING TIME
TO RESPOND**

**MEMO ENDORSED**

2-1-13

**IT IS HEREBY STIPULATED AND AGREED** by and between the Parties to the above captioned proceeding through their undersigned attorneys as follows:

1. The time within which Defendants Supreme Foodservice AG, Supreme Foodservice GmbH, Supreme Group Holding SARL, and Supreme Fuels FZE, may move, answer, or otherwise respond to the Complaint by Plaintiffs Zurich American Insurance Company and Zurich Services Corporation in the above-captioned action is hereby extended up to and including February 28, 2013.

2. Facsimile signatures and signatures otherwise transmitted by electronic means shall be deemed original for purposes of this Stipulation.

Dated: New York, New York
January 28, 2013

**WILMER CUTLER PICKERING
HALE AND DORR LLP**

By: _____
Charles C. Platt
Thomas R. Dettore
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 230-8800
*Attorneys for Plaintiffs*

**SCHLAM STONE & DOLAN LLP**

By: _____
Robert L. Begleiter
Samuel L. Butt
26 Broadway
New York, New York 10004
(212) 344-5400
*Attorneys for Defendants*

1

SO ORDERED
Dated: 1/31/13

RICHARD J. SULLIVAN
U.S.D.J.