UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY and ZURICH SERVICES CORPORATION,<br><br>*Plaintiffs*,<br><br>– against –<br><br>SUPREME FOODSERVICE AG, SUPREME FOODSERVICE GmbH, SUPREME GROUP HOLDING SARL, and SUPREME FUELS FZE,<br><br>*Defendants*. | ECF CASE<br><br>Civil Action No. 12-CV-9117<br><br>**DEFENDANTS SUPREME FOODSERVICE AG'S, SUPREME FOODSERVICE GmbH'S, SUPREME GROUP HOLDING SARL'S, and SUPREME FUELS FZE'S ANSWER TO THE COMPLAINT, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS** |

PLEASE TAKE NOTICE that Robert Begleiter of the law firm of Schlam Stone & Dolan, LLP, is appearing in this action as counsel for Defendants Supreme Food Service AG, Supreme Foodservice GmbH, Supreme Group Holding SARL, and Supreme Fuels FZE. The undersigned counsel is admitted to practice in this Court.

Please take further notice that all papers and correspondence in this proceeding should be directed to this law firm.

Dated: New York, New York
February 28, 2013

**SCHLAM STONE & DOLAN LLP**

By: **/s/ Robert Begleiter**
Robert Begleiter
26 Broadway, 19th Floor
New York, New York 10004
Telephone No.: (212) 344-5400
Facsimile No. : (212) 344-7677
E-Mail: rbegleiter@schlamstone.com

*Attorneys for Defendants Supreme Food Service AG, Supreme Foodservice GmbH, Supreme Group Holding SARL, and Supreme Fuels FZE*