**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY and ZURICH SERVICES CORPORATION,<br><br>*Plaintiffs*,<br><br>– against –<br><br>SUPREME FOODSERVICE AG, SUPREME FOODSERVICE GmbH, SUPREME GROUP HOLDING SARL, and SUPREME FUELS FZE,<br><br>*Defendants* | **ECF CASE**<br><br>Civil Action No. 12-CV-9117<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Defendants Supreme Foodservice AG, Supreme Foodservice GmbH, Supreme Group Holding SARL, and Supreme Fuels FZE, by and through their undersigned counsel, Schlam Stone & Dolan LLP, certify that, to the extent each Defendant corporation exists, their parent corporation is Supreme Group BV.  There is no publicly held corporation that owns 10% or more of any Defendants' stock.

Dated: New York, New York
        February 28, 2013

**SCHLAM STONE & DOLAN LLP**

By:       **/s/ Robert Begleiter**
               Robert Begleiter
               Samuel L. Butt
               26 Broadway, 19th Floor
               New York, New York 10004
               Telephone No.: (212) 344-5400
               Facsimile No. : (212) 344-7677
               E-Mail: rbegleiter@schlamstone.com
               E-Mail: sbutt@schlamstone.com
               *Attorneys for Defendants Supreme Food Service AG, Supreme Foodservice GmbH, Supreme Group Holding SARL, and Supreme Fuels FZE*

**TO:**   **(All Counsel; *via* ECF filing)**