```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-1-13
```

# WILMERHALE

**Charles C. Platt**

+1 212 230 8860(t)
+1 212 230 8888(f)
charles.platt@wilmerhale.com

March 1, 2013

Honorable Richard J. Sullivan
United States Courthouse
500 Pearl Street, Room 640
New York, NY 10007-1316

Re: Zurich American Insurance Company and Zurich Services Corporation v. Supreme
Foodservice AG, Supreme Foodservice GmbH, Supreme Group Holding SARL, and
Supreme Fuels FZE (Civil Action No. 12-CV-9117)

Dear Judge Sullivan:

This firm represents the Zurich plaintiffs in the above-referenced matter. We are writing to request a brief adjournment of the status conference set by this Court for April 2, 2013. *See* Notice of Electronic Filing entered on 2/21/2013 at 6:43 p.m. EST. Unfortunately, I am currently scheduled to be in Ohio on another matter that day. I have conferred with counsel for defendants, Robert Begleiter, and he has consented to our request for an adjournment of the status conference. The parties propose that the conference be held on April 11 or 18, 2013, if that is convenient for the Court. No other previous requests for adjournment have been made.

Respectfully,

*/s/ Charles C. Platt*

Charles C. Platt
Partner

cc: Robert L. Begleiter
    Schlam Stone & Dolan LLP
    26 Broadway
    New York, NY 10004

```
The request is granted. The
status conference set for April
2, 2013 is adjourned to April 11,
2013 at 10:00 a.m.
```

SO ORDERED
Dated: 3/1/13

RICHARD J. SULLIVAN
U.S.D.J.

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington