

**LEGAL LANGUAGE SERVICES**

A Division of ALS International, Inc.
8014 State Line Road
Suite 110
Leawood, KS 66208

Telephone (913) 341-3167
Toll Free  (800) 755-5775
Telefax   (913) 341-3168
www.legallanguage.com

January 31, 2013

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office. These documents are designated as:

**Proof of International Service of Process in Luxembourg upon the Defendant
SUPREME GROUP HOLDING SARL**

Maria Victoria Portuguez, Manager of this company, certifies that Rasha Toppozada, who translated this document, is fluent in French and standard North American English and qualified to translate. She attests to the following:

"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document".

_____
Signature of Maria Victoria Portuguez

Subscribed and sworn to before me this January 31, 2013.

_____
Vicki Farron
Notary Public, State of Kansas
Qualified in Johnson County
My commission expires December 9, 2016

Sincerely,

Victor J. Hertz
President

Civil Action No.: 12 CIV 9117

# CERTIFICATE

The undersigned authority has the honor to certify, in conformity with article 6 of the Convention,

1) that the document has been served *
   - the (date)   01.16.2013
   - at (place, street, number)   **SUPREME GROUP HOLDING SARL**
   **15 Rue Edward Steichen, Luxembourg, LUXEMBOURG**

   ~~- in one of the following methods authorized by article 5-~~

   ~~☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.~~

   ~~☐ (b) in accordance with the following particular method*:~~  _____

   ~~☐ (c) by delivery to the addressee, who accepted it voluntarily. *~~

   The documents referred to in the request have been delivered to:
   - (identity and description of person)   _____, in accordance with Article 10, letter b, of the Convention
   **N. Azmeh Nassaf, domestic employee**
   - relationship to the addressee (family, business, or other):   **domestic employee**

~~2) that the document has not been served, by reason of the following facts*:~~
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

Annexes

Documents returned:

**Notice and Summary of the document to be served, in English**
**Summons in a Civil Action, in English and German**
**Complaint, in English and German**            Done at   **Luxembourg**   , the   01-16-2013
**Individual Practices of Richard J. Sullivan, in English and**
   **German**
**Electronic Case Filing Rules & Instructions, in English and**
   **German**
In appropriate cases, documents establishing the service:      Signature and / or stamp.
**Declaration of service of act**

*[illegible signature]*
**Veronique REYTER**
**Court Bailiff interim**

| Jean-Claude STEFFEN | Chambers of J-CL. STEFFEN | Veronique REYTER |
|---|---|---|
| 154  Court Bailiff | | Court Bailiff interim |

| Accounts | | | | | 50, bd Kennedy | Mailing address: |
|---|---|---|---|---|---|---|
| BIL | IBAN | LU96 | 0028 1111 | 8810 0000 | (across from the train station) | |
| CCPL | IBAN | LU73 | 1111 0873 | 4949 0000 | L-4170 ESCH-SUR-ALZETTE | PO Box 373 |
| BGLL | IBAN | LU24 | 0030 3448 | 4443 0000 | Tel. 54 42 18-1 and 54 43 48-1 | L-4004 ESCH-SUR-ALZETTE |
| BCEE | IBAN | LU29 | 0019 5000 | 0105 4000 | Fax: 54 18 68 | |
| CELL | IBAN | LU73 | 0141 0193 | 2630 0000 | | Email: huissiersteffen@pt.lu |
| CCRA | IBAN | LU33 | 0090 0000 | 2915 0042 | | Website : www.huissiersteffen.lu |
| BCP | IBAN | LU65 | 0250 0449 | 6305 5000 | | |

## DECLARATION OF SERVICE OF ACT

**File:**
AV012342.JK

The year two thousand thirteen, on January sixteenth

EXEMPT

By virtue of the Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at the Hague, on November 15, 1965 (Article 10, letter b)

and at the request of SHREEFER Karina J., Esq., LEGAL LANGUAGE SERVICES, established in the USA-66208 KANSAS, at 8014 State Line Road, Suite 110 Leawood

and as needed at the request of:

Mr. **Charles C. PLATT,** plaintiffs' attorney, whose address is Wilmer Cutler Pickering Hale and Dorr LLP, 7, World Trade Center, New York, New York 10007;

*Electing domicile at the law offices of Wilner Cutler Pickering Hale and Dorr LLP, 7, World Trade Center, New York, New York 10007;*

I, the undersigned, **Veronique REYTER,** Court Bailiff interim, replacing *Jean-Claude STEFFEN*, Court Bailiff, located at L-4170 ESCH-SUR-ALZETTE, 50, bld. J.F. Kennedy, registered with the District Court of and in Luxembourg

Served a document upon:

**CONTROLLED ADDRESS**

the **Supreme Group Holding S.a.r.l.** limited liability company, registered in the LUXEMBOURG Register of Commerce and Companies under number B140153, represented by its current acting manager, established and headquartered at L-2540 LUXEMBOURG, 15, rue Edward Steichen;

where I went and spoke as described below,

of a request for service or notification abroad of a judicial or extrajudicial act, containing the attached documents:

**Cost:**
Fee: 120.00
VAT: 18.00
TOTAL: 138.00

- **Notice and Summary of the document to be served, in English**
- **Summons in a Civil Action, in English and German**
- **Complaint, in English and German**
- **Individual Practices of Richard J. Sullivan, in English and German**

| Jean-Claude STEFEN<br>Court Bailiff | CHAMBERS OF J-CL. STEFFEN | Veronique REYTER<br>Court Bailiff interim |
|---|---|---|
| Accounts<br>BIL    IBAN LU96 0028 1111 8810 0000<br>CCPL   IBAN LU73 1111 0873 4949 0000<br>BGLL   IBAN LU24 0030 3448 4443 0000<br>BCEE   IBAN LU29 0019 5000 0105 4000<br>CELL   IBAN LU73 0141 0193 2630 0000<br>CCRA   IBAN LU33 0090 0000 2915 0042<br>BCP    IBAN LU65 0250 0449 6305 5000 | 50, bd Kennedy<br>(across from the train station)<br>L-4170 ESCH-SUR-ALZETTE<br>Tel. 54 42 18-1 and 54 43 48-1<br>Fax: 54 18 68 | Mailing address:<br><br>PO Box 373<br>L-4004 ESCH-SUR-ALZETTE<br><br>Email: huissiersteffen@pt.lu<br>Website : www.huissiersteffen.lu |

- **Electronic Case Filing Rules & Instructions, in English and German**

from the offices of SHREEFER Karina, Esq. LEGAL LANGUAGE SERVICES, established in the USA – 66208 KANSAS, 8014 State Line Road, Suite 110 Leawood

To ensure that the party is fully aware thereof.

The addressee was informed that he/she could refuse to receive the act if it is prepared in a language other than the following languages:

a) The official language of the requested Member State or, if there are multiple official languages in said requested Member State, the official language or one of the official languages of the location where service is to take place, or
b) A language of the originating Member State understood by the addressee.

With respect to all of the preceding, I the aforementioned and undersigned court bailiff, left a copy of these aforementioned documents. My original (serving as the certificate required by the aforementioned text) shall be sent by me via registered mail to SHREEFER Karina, Esq. LEGAL LANGUAGE SERVICES, established in the USA – 66208 KANSAS, at 8014 State Line Road, Suite 110 Leawood, who charged me with serving this process, consistent with the provisions of the aforementioned Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at the Hague, on November 15, 1965 (Article 10, letter b).

*[signature]*

Jean-Claude STEFFEN – Court Bailiff – L-4170 ESCH/ALZETTE – 50, bld Kennedy
**MEANS OF SERVICE OF THE DOCUMENT CONTAINING NOTICE OF VISIT**

AV012342JK

This document was served by the undersigned court bailiff in the year two thousand thirteen, on ___01/16___ upon the addressee subject to the conditions described below. The document was served at

[ ] his domicile   [ ] his residence   [x] his headquarters   [ ] his de facto headquarters   [ ] his establishment
[ ] his office   [ ] _____/

| Receipt | |
|---|---|
| [signature] | Limited liability company |
| | Supreme Group Holding S.a.r.l. |
| | 15, rue Edward Steichen |
| | L-2540 LUXEMBOURG |

I spoke to / [ ] his person   [ ] _____, declared accordingly, who accepts the document.

In the addressee's ABSENCE or the impossibility of service – the following person was served:

[x] I found __N. Azmeh Nassaf__, a **domestic employee**, residing   [ ] at the same address   [X]__Walferdange /__ who accepted service by the court bailiff and provided a receipt because serving the person was not possible.

[ ] I found a person who refused to accept service within the conditions required by the law.

[ ] where the person could not be found [ ] where a person of requisite capacity was not found [ ] _____/

Based on the information obtained by [ ] the registry of inhabitants [ ] firm registry [ ] _____/

If the copy of the act concerning the aforementioned addressee is not delivered to the served – notified party, for the aforementioned reasons, the addressee is notified by this document, that a

[x] copy was delivered in a sealed envelope to the aforementioned person and a copy was left at the premises.

[ ] copy was left at the addressee's address in a sealed envelope and another was sent by mail.

With the declaration that this document complies with the provisions set forth by Articles 155 et. al. of the New Code of Civil Procedure. References written between the gray boxes check-marked with an X and the subsequent box, the marks / or ___ , respectively, must be noted. References written after a gray box not check-marked with an X shall be deemed empty.

Remark: _____

Registered in Esch/Alzette Domaines, on January 17, 2013
Ref: EDO/2013/597
Free of charge

s. _____[signature]_____
Veronique REYTER
Court Bailiff interim

**The Recipient**

[signature]

Action civile n°: 12 CIV 9117

## CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention.*

1) that the document has been served *
*1. que la demande a été exécutée*

- the (date)
- *le (date)* _16.01.2013_
- at (place, street, number)
- *à (localité, rue numéro)* **SUPREME GROUP HOLDING SARL**
  **15 Rue Edward Steichen, Luxembourg, LUXEMBOURG**

~~- in one of the following methods authorised by article 5~~
~~- dans une des formes suivantes prévues à l'article 5:~~

~~(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.~~
~~a) selon les formes légales (article 5, alinéa premier, lettre a).~~

~~(b) in accordance with the following particular method*:~~
~~b) selon la forme particulière suivante:~~ _____

~~(c) by delivery to the addressee, who accepted it voluntarily. *~~
~~c) par remise simple~~

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

- (identity and description of person)
- *(identité et qualité de la personne)* _____, selon l'article 10, lettre b de la Convention
  _[handwritten]_  emp. dom.
- relationship to the addressee (family, business, or other):
- *liens de parenté, de subordination ou autres, avec le destinataire de l'acte:* _emp. dom._

~~2) that the document has not been served, by reason of the following facts*:~~
~~2. que la demande n'a pas été exécutée, en raison des faits suivants:~~

_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**Annexes**
*Annexes*

**Documents returned:**
*Pièces renvoyées:*

| |
|---|
| Notice and Summary of the document to be served, en anglais |
| Summons in a Civil Action, en anglais et en allemand |
| Complaint, en anglais et en allemand |
| Individual Practices of Richard J. Sullivan, en anglais et en allemand |
| Electronic Case Filing Rules & Instructions, en anglais et en allemand |

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

| |
|---|
| Attestation de remise d'acte |

Done at _Luxembourg_, the _16-01-2013_
*Fait à                           , le*

Signature and / or stamp.
*Signature et / ou cachet.*

Véronique REYTER
Huissier de Justice suppléant

*Delete if inappropriate.
*Rayer les mentions inutiles.*

2

| Jean-Claude STEFFEN | Etude J-CL. STEFFEN | Véronique REYTER |
|---|---|---|
| Huissier de Justice | | Huissier de Justice suppléant |

| Comptes | | 50, bd Kennedy | Adresse postale : |
|---|---|---|---|
| BIL | IBAN LU96 0028 1111 8810 0000 | (en face de la gare) | |
| CCPL | IBAN LU73 1111 0873 4949 0000 | L-4170 ESCH-SUR-ALZETTE | Boîte postale 373 |
| BGLL | IBAN LU24 0030 3448 4443 0000 | Tél. 54 42 18-1 et 54 43 48-1 | L-4004 ESCH-SUR-ALZETTE |
| BCEE | IBAN LU29 0019 5000 0105 4000 | Téléfax : 54 18 68 | E-mail :huissiersteffen@pt.lu |
| CELL | IBAN LU73 0141 0193 2630 0000 | | Internet :www.huissiersteffen.lu |
| CCRA | IBAN LU33 0090 0000 2915 0042 | | |
| BCP | IBAN LU65 0250 0449 6305 5000 | | |

## ATTESTATION DE REMISE D'ACTE

**Dossier :**
AV012342.JK

L'an deux mille treize, le seize janvier

**EXEMPT**

En vertu de la Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciaires en matière civile ou commerciale, signée à LA HAYE le 15 novembre 1965 (article 10, lettre b.)

et à la requête de SHREEFER Karina J. Esq. LEGAL LANGUAGE SERVICES, établi à USA-66208 KANSAS, 8014 State Line Road, Suite 110 Leawood

et pour autant que de besoin à la requête de :

Maître *Charles C. PLATT*, avocat des plaignants dont l'adresse est Wilmer Cutler Pickering Hale and Dorr LLP, 7, World Trade Center, New York, New York 10007;

*élisant domicile en l'étude de Wilmer Cutler Pickering Hale and Dorr LLP, 7, World Trade Center, New York, New York 10007;*

Je soussignée **Véronique REYTER**, Huissier de Justice suppléant, remplaçant *Jean-Claude* STEFFEN, Huissier de Justice, demeurant à L-4170 ESCH-SUR-ALZETTE, 50, bld. J.F. Kennedy, immatriculé près le tribunal d'arrondissement de et à Luxembourg

Ai remis copie à:

**ADRESSE CONTROLÉE**

la Société à responsabilité limitée **Supreme Group Holding S.à r.l.**, inscrite au registre de commerce et des sociétés de LUXEMBOURG, sous le numéro B140153, représentée par son gérant actuellement en fonctions, établie et ayant son siège social à L-2540 LUXEMBOURG, 15, rue Edward Steichen;

où étant j'ai parlé ainsi qu'il est décrit ci-après,

d'une demande aux fins de signification ou de notification à l'étranger d'un acte judiciaire ou extrajudiciaire, contenant les documents annexés:

**Coût :**
Droit:120,00
TVA : 18,00
------
TOTAL:138,00

- **Notice and Summary of the document to be served**, en anglais
- **Summons in a Civil Action**, en anglais et en allemand
- **Complaint**, en anglais et en allemand
- **Individual Practices of Richard J. Sullivan**, en anglais et en allemand

| Jean-Claude STEFFEN | Etude J-CL. STEFFEN | Véronique REYTER |
|---|---|---|
| Huissier de Justice | | Huissier de Justice suppléant |

| Comptes | | | Adresse postale : |
|---|---|---|---|
| BIL | IBAN LU96 0028 1111 8810 0000 | 50, bd Kennedy | |
| CCPL | IBAN LU73 1111 0873 4949 0000 | (en face de la gare) | Boîte postale 373 |
| BGLL | IBAN LU24 0030 3448 4443 0000 | L-4170 ESCH-SUR-ALZETTE | L-4004 ESCH-SUR-ALZETTE |
| BCEE | IBAN LU29 0019 5000 0105 4000 | Tél. 54 42 18-1 et 54 43 48-1 | |
| CELL | IBAN LU73 0141 0193 2630 0000 | Téléfax : 54 18 68 | E-mail :huissiersteffen@pt.lu |
| CCRA | IBAN LU33 0090 0000 2915 0042 | | Internet :www.huissiersteffen.lu |
| BCP | IBAN LU65 0250 0449 6305 5000 | | |

- **Electronic Case Filing Rules & Instructions, en anglais et en allemand**

du ministère de SHREEFER Karina J. Esq. LEGAL LANGUAGE SERVICES, établi à USA-66208 KANSAS, 8014 State Line Road, Suite 110 Leawood

A ce que la partie signifiée n'en ignore.

Avec l'information au destinataire du présent exploit qu'il peut refuser de recevoir l'acte s'il est établi dans une langue autre que l'une des langues suivantes :

a) La langue officielle de l'Etat membre requis ou, s'il existe plusieurs langues officielles dans cet Etat membre requis, la langue officielle ou l'une des langues officielles du lieu où il doit être procédé à la signification, ou
b) Une langue de l'Etat membre d'origine comprise du destinataire.

Dont acte, et de tout ce qui précède, j'ai huissier de justice susdit et soussigné, laissé une copie avec celles des susdites pièces et dont mon original enregistré (valant attestation prévue par le texte précité) sera transmise par moi à SHREEFER Karina J. Esq. LEGAL LANGUAGE SERVICES, établi à USA-66208 KANSAS, 8014 State Line Road, Suite 110 Leawood, lequel m'avait chargé de la présente signification, conformément aux dispositions de ladite Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à LA HAYE en date du 15 novembre 1965 (article 10, lettre b.).



Jean-Claude STEFFEN - huissier de Justice - L-4170 ESCH/ALZETTE - 50, bld Kennedy

## MODALITE DE REMISE D'EXPLOIT CONTENANT AVIS DE PASSAGE

AV012342JK

Le présent exploit a été remis par l'huissier soussigné en L'an deux mille treize, le _16/01_
au destinataire dans les conditions ci-après décrites, la signification se faisant en :

▒ son domicile  ▒ sa résidence  ✗ son siège  ▒ son siège de fait  ▒ son établissement  ▒ son ministère _____/

Récépissé [signature]

Société à responsabilité limitée
Supreme Group Holding S.à r.l.

15, rue Edward Steichen
L-2540 LUXEMBOURG

y parlant à / ▒ sa personne _____, _____, ainsi déclaré(e), qui accepte l'exploit.

En l'ABSENCE du destinataire respectivement dans l'impossibilité de signifier - assigner à personne :

✗ ayant trouvé _M. Azmeh Nanaf_, étant _emp. dom._, habitant ▒ la même adresse ✗ _Walferdange_ /

qui accepte l'exploit par l'huissier de justice et qui donne récépissé, la signification à personne étant impossible.

▒ ayant trouvé une personne refusant l'acceptation de l'exploit dans les conditions requises par la loi.

▒ où personne n'a pu être trouvé  ▒ où personne de qualité requise n'a pu être trouvé _____/

D'après les renseignements obtenus par ▒ le bureau de la population ▒ registre aux firmes ▒ _____/

Si la copie de l'acte concernant le destinataire susdit n'a pas été remise à la personne de la partie signifiée - assignée, pour les raisons susdites, le destinataire est averti par les présentes, qu'une

✗ copie a été remise sous enveloppe fermée à la personne susdite et une copie laissée sur les lieux.

▒ copie a été laissée à l'adresse du destinataire sous enveloppe fermée et une autre envoyée par voie postale.

Avec déclaration que la présente est faite en conformité des dispositions prévues par l'article 155 et ss du N.C.P.C. Les mentions écrites entre les cases grises munies d'une croix et la case suivante, respectivement les signes / ou . sont à considérer. Les mentions écrites après une case grise non munie d'une croix, sont réputées non écrites.

Remarque : _____

**Enregistré à Esch/Alzette Domaines, le 17 janvier 2013**
**Relation : EDO/2013/597**
**Gratis**
Le Receveur [signature]

[signature]

*Véronique REYTER*
*Huissier de Justice suppléant*