


**LEGAL LANGUAGE SERVICES**

A Division of ALS International, Inc.  
8014 State Line Road  
Suite 110  
Leawood, KS 66208

Telephone (913) 341-3167  
Toll Free  (800) 755-5775  
Telefax   (913) 341-3168  
www.legallanguage.com

February 11, 2013

To whom it may concern:

This is to certify that the attached translation from German into English is an accurate representation of the documents received by this office. These documents are designated as:

**Proof of International Service of Process in Switzerland upon the Defendant**  
**SUPREME FOODSERVICE AG**

Maria Victoria Portuguez, Manager of this company, certifies that Allen Edwards, who translated this document, is fluent in German and standard North American English and qualified to translate. She attests to the following:

"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document".

_____  
Signature of Maria Victoria Portuguez

Subscribed and sworn to before me this February 11, 2013.

_____  
Vicki Farron  
Notary Public, State of Kansas  
Qualified in Johnson County  
My commission expires December 9, 2016

Sincerely,

Victor J. Hertz  
President

[EMBLEM]   Canton of Glarus
**Cantonal Court**
Spielhof 6 | P.O. Box 335 | 8750 Glarus | 0041 55 646 53 00

Glarus, January 18, 2013

To

Ms. Karina Shreefer
c/o Legal Language Services
8014 State Line Road, Suite 110
USA-66208 Leawood Kansas

**Legal Assistance: Service of Process – Shreefer, Karina / Supreme Foodservice GmbH**
**Your Reference: 12 CIV 9117**

Dear Ms. Shreefer

In your letter of January 2, 2013, you requested legal assistance in the form of service of process.

On June 29, 2009, the company named Supreme Food AG changed its legal form to Supreme Food GmbH

The enclosed Certificate of Service of Process confirms that the service was performed upon Supreme Food GmbH

Cordially,
The Office of the Clerk of the Court

[SIGNATURE]
Armando Cornelli

Enclosure:

Certificate of Service of Process

Duplicate of Documents served

ZG.2013.00044                                                                    Page 1 of 1

# CERTIFICATE

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

1) that the document was served*

   - on (date) _____**January 10, 2013**_____

   - at (place, street, number) _____**Post Office, 8866 Ziegelbrücke**_____

   using one of the following methods authorized by article 5

   ☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*,

   ☐ (b) using the following special method*: _____

   ☐ (c) by delivery to the addressee, who accepted it voluntarily.

   The documents referred to in the request were delivered to:

   - (identity and description of person) _____**Ms. Brigitte Menzi**_____

   - relationship to the addressee (family, business, or other): **Authorized representative**

2) that the document was not served, by reason of the following facts*:
   _____
   _____
   _____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

Annexes

Documents returned:

_____**Duplicate of Documents served**_____

Done at _**Glarus**_, the _**January 18, 2013**_

In appropriate cases, documents establishing the service: 

Signature and / or stamp.

_**A. C.**_

[STAMP: CANTONAL COURT OF GLARUS]

*Delete if inappropriate.

2

**Kanton Glarus**
**Kantonsgericht**
Spielhof 6 | Postfach 335 | 8750 Glarus | 0041 55 646 53 00

Glarus, 18. Januar 2013

A

Frau
Karina Shreefer
c/o Legal Language Services
8014 State Line Road, Suite 110
USA-66208 Leawood Kansas

**Rechtshilfe Zustellung – Shreefer Karina/Supreme Foodservice GmbH**
**Ihr Aktenzeichen 12 CIV 9117**

Sehr geehrte Frau Shreefer

Mit Schreiben vom 02.01.2013 ersuchten Sie um rechtshilfeweise Zustellung von Aktenstücken.

Die Gesellschaft Supreme Food AG wurde am 29.06.2009 umgewandelt in Supreme Food GmbH.

Die beiliegende Empfangsbescheinigung bestätigt die Zustellung an die Supreme Food GmbH.

Freundliche Grüsse
Gerichtskanzlei

Armando Cornelli

Beilage:
Empfangsbescheinigung (Certificate)
Doppel der Aktenstücke

ZG.2013.00044                                                                 Seite 1 von 1

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
*1. que la demande a été exécutée*

- the (date)
- *le (date)* __10.01.2013__
- at (place, street, number)
- *à (localité, rue numéro)* __Poststelle, 8866 Ziegelbrücke__

- in one of the following methods authorised by article 5-
- *-dans une des formes suivantes prévues à l'article 5:*

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
    *a) selon les formes légales (article 5, alinéa premier, lettre a).*
☐ (b) in accordance with the following particular method*:
    *b) selon la forme particulière suivante :* _____
☐ (c) by delivery to the addressee, who accepted it voluntarily. *
    *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

-(identity and description of person)
-*(identité et qualité de la personne)* __Frau Brigitte Menzi__

-relationship to the addressee (family, business, or other):
-*liens de parenté, de subordination ou autres, avec le destinataire de l'acte:* __Bevollmächtigte__

2) that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:* __Doppel der Aktenstücke__

Done at __Glarus__, the __18.01.2013__
*Fait à* _____, *le* _____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

Signature and / or stamp.
*Signature et / ou cachet.*

A.G.

[Stamp: KANTONSGERICHT GLARUS]

*Delete if inappropriate.*
*Rayer les mentions inutiles.*

2