UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZURICH AMERICAN INSURANCE
COMPANY, *et al.*,

                Plaintiffs,

-v-

SUPREME FOOD SERVICE AG, *et al.*,

                Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-11-13

No. 12 Civ. 9117 (RJS) (FM)
REFERRAL ORDER

RICHARD J. SULLIVAN, District Judge:

       The above entitled action is referred to Magistrate Judge Maas for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Disputes:

_X_ Settlement: The parties shall contact the designated Magistrate Judge to schedule a settlement conference by: **May 15, 2013**

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (*e.g.*, dispositive motion, preliminary injunction)
     Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motions (*i.e.*, motion requiring Report and Recommendation)

SO ORDERED.

DATED:    April 11, 2013
                New York, New York

/s/ Richard J. Sullivan
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE