UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ZURICH AMERICAN INSURANCE
COMPANY, et al.,

               Plaintiffs,

       -v.-

SUPREME FOODSERVICE AG, et al.,

               Defendants.
------------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

12 Civ. 9117 (RJS)(FM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/13

To All Parties,

      A settlement conference in the above referenced matter has been scheduled for July 16, 2013, at 10:00 A.m., before Magistrate Judge Frank Maas, in Courtroom **20A**, 500 Pearl Street, New York 10007.  The parties are reminded to comply with Judge Maas' individual settlement procedures, which can be located on his page of the Court's website.  Requests for adjournment must be made to the Court, in **writing**, at least 48 hours prior to the conference.

                                                  Richalyn Chambers
                                                  Courtroom Deputy

Dated: New York, New York
          May 15, 2013

Copies via ECF to:

Honorable Richard J. Sullivan
United States District Judge

Counsel