MEMO ENDORSED

# SCHLAM STONE & DOLAN LLP

HARVEY M. STONE
RICHARD H. DOLAN
WAYNE I. BADEN
MICHAEL A. BATTLE
JAMES C. SHERWOOD
THOMAS A. KISSANE
BENNETTE D. KRAMER
JEFFREY M. EILENDER
JOHN M. LUNDIN
DAVID J. KATZ
JONATHAN MAZER
ERIK S. GROOTHUIS
ROBERT L. BEGLEITER
ELIZABETH WOLSTEIN

26 BROADWAY
NEW YORK, N.Y. 10004

(212) 344-5400
TELECOPIER: (212) 344-7677
www.schlamstone.com

PETER R. SCHLAM (1944-2005)
OF COUNSEL
RONALD G. RUSSO
MARY W. ANDERSON
HILLARY S. ZILZ
BRADLEY J. NASH
VITALI S. ROSENFELD

NIALL D. O'MURCHADHA
ANDREW S. HARRIS
SAMUEL L. BUTT
RAFFI MELKONIAN

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-4-13
```

October 3, 2013

**VIA E-MAIL TO sullivannysdchambers@nysd.uscourts.gov**

Honorable Richard J. Sullivan
United States District Court
Southern District of New York, 500 Pearl Street
New York, New York 10007

      Re:    *Zurich American Ins. Co. et ano. v. Supreme Foodservice AG et al.*
             **Case No.: 12 CV 9117 (RJS) (FM)**

Dear Judge Sullivan:

      This firm represents the Defendants in the above-referenced action ("Defendants"). We write to respectfully request that the Court reconsider, in part, its September 27, 2013, Amended Scheduling Order. (Docket No. 21). Our request would not change the date to conclude all discovery, but would extend fact discovery another month to avoid prejudice to Defendants. Plaintiffs consent to this request.

      In the Amended Scheduling Order, the Court revised the schedule agreed upon by the parties and set November 1, 2013, as the date for completion of fact discovery and fact depositions. We respectfully request that this date be extended one month to December 2, 2013. This brief extension is required because Defendants did not receive Plaintiffs' production until October 1, 2013, and then learned that it consisted of over 11,000 documents totaling more than 55,000 pages. These figures do not include the responsive documents that Plaintiffs made available through Plaintiffs' webportal on September 23, 2013, which significantly increases the amount of documents Defendants must review. Moreover, Plaintiffs have already noticed several depositions beginning October 14, and subpoenaed three additional non-party witnesses to testify. We met and conferred with Plaintiffs as to the noticed dates and they agreed the depositions could be held at a later date, subject to the granting of the extension requested in this letter, to which they consent Defendants will be prejudiced if required to take and defend depositions on such an accelerated schedule.

Honorable Richard J. Sullivan
October 3, 2013
Page 2 of 2

Defendants further believe that expert discovery could be accomplished in the period from December 2, 2013, to January 3, 2014, the end date for discovery currently set by the Court in the Amended Scheduling Order, and thus the ultimate schedule could be maintained. In the parties' proposed amended schedule to the Court, expert discovery was to occur concurrently with fact discovery.

Accordingly, we respectfully request the Court memo endorse this letter and grant a one-month extension only of the time to complete fact discovery to December 2, 2013. We thank the Court for its attention to this matter.

Respectfully submitted,

Robert L. Begleiter

Cc: (Via-E-mail)
    Charles Platt
    Rebecca Haciski

SO ORDERED
Dated: 10/3/13
RICHARD J. SULLIVAN
U.S.D.J.