Sullivan, R.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY and ZURICH SERVICES CORPORATION,<br><br>Plaintiffs,<br><br>-against-<br><br>SUPREME FOODSERVICE AG, SUPREME FOODSERVICE GmbH, SUPREME GROUP HOLDING SARL, and SUPREME FUELS FZE,<br><br>Defendants. | Civil Action No. 12-CV-9117<br><br>**STIPULATION** |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-1-13

WHEREAS, Plaintiffs Zurich American Insurance Company and Zurich Services Corporation ("Plaintiffs"), on the one hand, and Defendants Supreme Foodservice AG, Supreme Foodservice GmbH, Supreme Group Holding SARL, and Supreme Fuels FZE ("Defendants"), on the other hand (collectively, the "Parties"), are engaged in litigation in the above-titled action (the "Litigation");

WHEREAS, Plaintiffs filed a First Amended Complaint dated October 4, 2013;

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the Parties, that the time for Defendants to move, answer, or otherwise respond to Plaintiffs' First Amended Complaint is extended up to and including November 15, 2013.

Dated: New York, New York
October 30, 2013

_____
Charles C. Platt
Rebecca A. Haciski
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center, 250 Greenwich Street
New York, NY 10007
(212) 230-8800
*Attorneys for Plaintiffs*

_____
Robert L. Begleiter
Samuel L. Butt
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
(212) 344-5400
*Attorneys for Defendants*

**SO ORDERED:**

_____
U.S.D.J.
11/1/13